**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 23CR00125-TDC |
| ) | |
| MALIK M. LLOYD ) | |

**MOTION TO WITHDRAW MOTION TO WITHDRAW AND TERMINATE ATTORNEY INQUIRY HEARING**

The Defendant, Malik M. Lloyd, and Peter L. Goldman, Esq., counsel for Mr. Lloyd, hereby move the Court to strike counsel's previously filed Motion to Withdraw, and to terminate the pending Attorney Inquiry Hearing. As grounds for this Motion, counsel states as follows:

1. Since filing the Motion to Withdraw as counsel for Mr. Lloyd in May 2024, undersigned counsel has continued to work with Mr. Lloyd on his case.

2. Counsel has communicated in writing with Mr. Lloyd, and by telephone as well.

3. On August 30, 2024, undersigned counsel had an extensive meeting with Mr. Lloyd at the Chesapeake Detention Facility. Counsel reviewed discovery with Mr. Lloyd, litigation strategy, and the overall status of the case.

4. At the conclusion of the meeting, Mr. Lloyd and counsel agreed that counsel should remain in the representation for Mr. Lloyd.

WHEREFORE, counsel hereby withdraws his previously filed Motion to Withdraw, and both Mr. Lloyd and counsel request that

2

the Court terminate the pending Attorney Inquiry Hearing.

                                  Respectfully submitted,

                                                  /S/
                                Peter L. Goldman, Esq.
                                12505 Park Potomac Ave.
                                 7th Floor
                               Potomac, Maryland 20854
                                (703) 684-6476 (o)
                                 (301) 560-6677 (f)
                                pgoldmanatty@aol.com
                                Counsel for Defendant
                                Malik M. Lloyd

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of September, 2024, a copy of the foregoing Motion was sent via ECF to: AUSA Coreen Mao and AUSA Timothy Hagan, United States Attorney's Office for the District of Maryland, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770, and was mailed via first class mail, postage prepaid, to: Malik M. Lloyd, Chesapeake Detention Facility, 401 East Madison Street, Baltimore, Maryland 21202.

                                                /S/
                                Peter L. Goldman