**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 23CR00125-TDC |
| ) | |
| MALIK M. LLOYD ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LLOYD

Peter L. Goldman, Esq., counsel for Defendant, Malik M. Lloyd, hereby moves to withdraw from the representation of Mr. Lloyd. As grounds for this Motion, counsel states as follows:

1. Counsel was appointed by the Court to represent Mr. Lloyd in late March 2023.

2. Since then, counsel has diligently represented Mr. Lloyd, taking a series of action in the representation, including but not limited to:

* Worked with Mr. Lloyd, his family and the Probation Office to find a suitable third party custodian for Mr. Lloyd's pre-trial release.

* After Mr. Lloyd's indictment on April 5, 2023, counsel had to work at getting the Government to schedule arraignment. With counsel's persistence, the arraignment was finally held on July 17, 2024. At that time, counsel requested discovery from the Government.

* Upon receipt of the discovery in September 2023, counsel reviewed the discovery with Mr. Lloyd on the telephone, and mailed Mr. Lloyd certain non-discovery documents. At that time, counsel

2

made Mr. Lloyd fully aware of the Government's discovery and evidence against him.

   * After the first of the year, Mr. Lloyd sent three letters reflecting his research on Fourth Amendment issues. Counsel reviewed the letters carefully, and conducted research on these issues.

   * On April 30, 2024, counsel mailed Mr. Lloyd a letter once again reviewing the history of his case, the charge against him, the restriction on giving clients discovery, and the Pre-Plea Criminal History Report, which counsel had ordered.

   * Counsel also included non-discovery documents in that letter, fully informing Mr. Lloyd, once again, about the discovery produced and the evidence in the case.

   * On May 1, 2024, counsel mailed Mr. Lloyd another letter carefully reviewing pertinent Fourth Amendment law, and the law under 18 U.S.C. Sec. 2518. Counsel included a copy of Sec. 2518.

   * In video conference later in May 2024, Mr. Lloyd requested that counsel draft two motions to suppress, and counsel did so. Counsel mailed Mr. Lloyd those draft motions.

   * Over the last 14 months, counsel has ordered the Pre-Plea Criminal History and given Mr. Lloyd a copy; sent Mr. Lloyd at least seven (7) detailed letters about the case; conducted several telephone calls with Mr. Lloyd about the case; has had three (3) video conferences with Mr. Lloyd about his case; and counsel had an

3

extensive in-person interview with Mr. Lloyd at the Chesapeake Detention Facility on August 30, 2024, where counsel reviewed, *inter alia*, written discovery materials with Mr. Lloyd.

\* Plea offers, if any, have been reviewed with Mr. Lloyd, in detail.

3. However, the representation is at an impasse.

4. Under these circumstances, it is best that counsel withdraw from the representation, and that new counsel enter their appearance for Mr. Lloyd.

5. Counsel has mailed him a copy of this Motion to Withdraw.

6. Counsel has explained to Mr. Lloyd in writing that he has three options regarding representation: (1) the Court can appoint a new attorney to represent him; (2) he and his family can retain your own private attorney; or (3) he can represent himself pro se.

7. After careful consideration, counsel has determined that he cannot continue to represent Mr. Lloyd.

WHEREFORE, under these circumstances, undersigned counsel moves the Court to strike his appearance from this case, and if necessary, appoint new counsel for Mr. Lloyd.

4

Respectfully submitted,

/S/
Peter L. Goldman, Esq.
12505 Park Potomac Ave.
7th Floor
Potomac, Maryland 20854
(703) 684-6476 (o)
(301) 560-6677 (f)
pgoldmanatty@aol.com
Counsel for Defendant
Malik M. Lloyd

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2024, a copy of the foregoing Motion to Withdraw was sent via ECF to: AUSA Coreen Mao and AUSA Timothy Hagan, United States Attorney's Office for the District of Maryland, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770, and was mailed via first class mail, postage prepaid, to: Malik M. Lloyd, Chesapeake Detention Facility, 401 East Madison Street, Baltimore, Maryland 20212.

/S/
Peter L. Goldman